IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ANN DECH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 04-CV-2786 |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this      day of January, 2006 after careful consideration of the parties' cross-motions for summary judgment, and review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no Objections have been filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Commissioner's Motion for Summary Judgment is **DENIED**;

3. Plaintiff's Motion for Summary Judgment is **DENIED**, in part and **GRANTED** in part. The Motion is **GRANTED**, only to the extent that her request for a **REMAND** is **GRANTED**; and

4. Upon remand, the Commissioner shall re-evaluate the medical evidence presented in this case. Particular attention should be afforded in: 1) assessing Plaintiff's credibility; 2) assessing both her physical and psychological impairment; 3) seeking advice from a medical or consulting expert to assess the combined impact of Plaintiff's mental and physical ailments; and 4) presenting to the VE each credible limitation in a proper hypothetical question.

BY THE COURT:


s/Clifford Scott Green

CLIFFORD SCOTT GREEN, S.J.